**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2060**

_____

ROMAN CLEMENT,

Plaintiff - Appellant,

v.

SPARTANBURG STEEL PRODUCTS, INC.,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Mary G. Lewis, District Judge.  (7:22-cv-00173-MGL-KFM)

_____

Submitted:  March 21, 2023                                           Decided:  March 23, 2023

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Roman Lavar Clement, Appellant Pro Se.  Wade Edward Ballard, FORD & HARRISON LLP, Spartanburg, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roman Clement seeks to appeal a September 6, 2022, order related to the dismissal of some, but not all, of the claims raised in Clement's 42 U.S.C. § 1981 civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Clement seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, and the district court's docket confirms that the underlying litigation is ongoing. Accordingly, we grant Defendant's motion to dismiss and dismiss the appeal for lack of jurisdiction. We deny Clement's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*